UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **COLORADO BUILDING CORPORATION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SCOTTSDALE INSURANCE COMPANY,**<br><br>*Defendant.* | § § § § § § § § § § § §<br><br>CIVIL NO. A-23-CV-00294-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Colorado Building Corporation and Defendant Scottsdale Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

**SIGNED** this 7th day of August, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE